United States Court of Appeals
 for the district of columbia circuit
 
 
 
No. 98-1516 September Term, 1999

Herbert L. Schoenbohm, 
 Appellant

v.

Federal Communications Commission,
 Appellee

 

 
 Appeal of an Order of the
 Federal Communications Commission
 
 
 

 Before: Sentelle, Henderson, and Garland, Circuit Judges. 

 O R D E R 

 It is ORDERED by the Court, sua sponte, that the opinion filed on February 29, 2000 be
amended by deleting the sentence "Go ahead." from page 8, line 28 of the opinion.

 
 Per Curiam
FOR THE COURT:
Mark J. Langer, Clerk
Filed On: June 28, 2000